**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2169

THOMAS MICHAELS,

Plaintiff – Appellant,

v.

CONTINENTAL REALTY CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:10-cv-01998-RDB)

Submitted: March 15, 2012          Decided:  March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas Michaels, Appellant Pro Se. Christopher Mark Feldenzer, Neil Serotte, SEROTTE ROCKMAN AND WESTCOTT, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Michaels appeals the district court's order dismissing his claims brought pursuant to the Americans with Disabilities Act and Maryland law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Michaels v. Continental Realty Corp., No. 1:10-cv-01998-RDB (D. Md. Sept. 26, 2011). We deny Appellee's motion to reconsider and vacate the Clerk's order granting Michaels an extension in which to file his informal opening brief, and to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED